Electronically Filed
6/2/2020 1:39 PM
Steven D. Grierson
CLERK OF THE COURT

David Leroy Walker #1195392
_Name_
SDCC PO Box 208
IS Nev 89070
1195392
_Prison Number_

CASE NO: A-20-815913-C
Department 29

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

David Leroy Walker
_____
Plaintiff,

vs.

Kohl's Inc
_____
Target Inc
_____
Las Vegas Metro police
_____

_____

_____
Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

**A. JURISDICTION**

1) This complaint alleges that the civil rights of Plaintiff, David Leroy Walker
(Print Plaintiff's name)

who presently resides at SDCC PO Box 208 IS Nev 89070, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Las Vegas / Henderson NV _____ on the following dates
(institution/city where violation occurred)

3/29/19 thru 7/15/19   3/29/19 thru 7/15/19 , and  5/29/19 thru 7/15/19
(Count I)                        (Count II)                          (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant <u>Joe Lambardo</u> resides at <u>400 S Martin luther king Blvd Lv, Nv</u>
       (full name of first defendant)           (address if first defendant)
and is employed as <u>Sheriff Clark County</u> . This defendant is sued in his/her
             (defendant's position and title, if any)
___ individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>By not training or supervising his employees</u>
<u>to do there job correctly</u>

3) Defendant <u>K. Summers</u> resides at <u>400 S martin luther king Blvd</u>,
       (full name of first defendant)           (address if first defendant)
and is employed as <u>Detive LVMPD P# 14109</u> . This defendant is sued in his/her
             (defendant's position and title, if any)
___ individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>By not investigation, cases to there</u>
<u>fullest extent as required by law</u>

4) Defendant <u>Jane / John Doe</u> resides at _____
       (full name of first defendant)           (address if first defendant)
and is employed as <u>Facial Recognition Tech</u> . This defendant is sued in his/her
             (defendant's position and title, if any)
___ individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>By incorcetly identifing the wrong person in a</u>
<u>crime.</u>

5) Defendant <u>Jane / John Doe</u> resides at _____
       (full name of first defendant)           (address if first defendant)
and is employed as <u>Facial Recognition Tech</u> . This defendant is sued in his/her
             (defendant's position and title, if any)
___ individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was acting

under color of law: <u>By inborcetly identifying the wrong person</u>
<u>in a crime</u>

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant Art Sanchez_____ resides at 4265 S. Grand Canyon Dr. #1391
   (full name of first defendant)              (address if first defendant)
   and is employed as Khols  A.P.L. . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual  X  official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: Identified the wrong person in line up and
   Slander.

3) Defendant Brian Cornell_____ resides at 75 Paunton Depot Dr. Paunton, MA 02870
   (full name of first defendant)              (address if first defendant)
   and is employed as CEO Target . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual  X  official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: Making and/or letting his employee's
   make wrongfull an malice and slanders statements.

4) Defendant Cesar Delacruz_____ resides at 6480 Sky Point Dr
   (full name of first defendant)              (address if first defendant)
   and is employed as A.P.L Target . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual  X  official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: Making wrongfull statements that were
   Slander Sull.

5) Defendant Molly Moser_____ resides at 695 S Green Valley Pkwy Hxd
   (full name of first defendant)              (address if first defendant)
   and is employed as A.P.L Mgr Target . This defendant is sued in his/her
              (defendant's position and title, if any)
   ___ individual  X  official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: By making slanderers and wrongfull statements
   to the police that went public.

3

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2) Defendant _Miguel Perra_____ resides at _3210 N Tenaya Way_ ,
    (full name of first defendant)     (address if first defendant)
and is employed as _A.P.E. Target_____ . This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual _X_ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _Making False Accuasions & Slander_____

3) Defendant _Elrza Hall_____ resides at _8750 W Charleston Blvd_ ,
    (full name of first defendant)     (address if first defendant)
and is employed as _A.P.E Target_____ . This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual _X_ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _Making false accuasions and slander_____

4) Defendant _____ resides at _____ ,
    (full name of first defendant)     (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

5) Defendant _____ resides at _____ ,
    (full name of first defendant)     (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
     (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

under color of law: _____

4

Menomonce Falls, WI  53051

6) Defendant Michelle Das resides at N. 56 W 1700 Ridgewood Dr,
   (full name of first defendant)                              (address if first defendant)
and is employed as CEO Kohls . This defendant is sued in his/her
                (defendant's position and title, if any)
___ individual  X official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: By letting her employees, falsly accuse
and point out an slander the wrong person

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional statutes, list them below.

Slander, False Arrest, False Imprisoment, life and
Liberty,

- - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)      Briefly state the background of your case.

On or about May 29th, 2019 thru July 15, 2019
Plaintiff was accused of 9 counts Burglary, 4 counts od
Grand larceny all febonies on criminal Complaint Case
No 19F18047x dated 9/11/19. All the Police officers,
Assel Protection personal identified the Plaintiff
David Leroy Walker, From picture line-ups and
Facial Recognition. The police also looked up an searched
for Plaintiffs History through the Computers
The problem is All JOC's (in Exhibit A pg 7 para 3)
Show and computer records show that Plaintiff was
incarcerated at Southern Desert Correctional Centre Since 2017

- - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

5

## COUNT I

The following civil rights has been violated: False Arrest,
False Imprisonment. Amendment's IV, V and
XIV

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

On 9/11/19 The sheriff for Clark County Joe Lombardo,
by and thru his Dective K. Summers P# 14109 and
Facial Recognition Tecks Identified and charged Plaintiff
David Leroy Walker, criminal complaint (see Exhibit A pg 1-3)
of Felonies. They did charge and have arrested
for said (Exhibit A all). K Summers while running
Plaintiffs name thru computers Knew Plaintiff was
incarcarted At Southern Desert Correcional Centry by way
of JOC's (Exhibit A pg 7 para 3). K. summers delibally
disregarded all information in front of him an still follared
and filed criminal Complaint. Facial Recognition tecks
say that they identified David Leroy Walker as
the person of intrest in (Exhibit A). This was
cleary not the case since there computer should
have known wher Mr Walker was. Next sheriff
Lombardo allowed this false charges an investigation
to go foward by not allowing or training his
employees correctly and/or not supervising or setting
up safeguards for this type of incident

↑ 6

## COUNT II

The following civil rights has been violated: Life and Liberty
Admendment IV, and V

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Because all defendants: Art Sanchez A.P.E.; Michelle Gas C.C.O.; Cesar Delacruz A.P.E.; Miguel Parra A.P.E.; Molly Moror Marr A.P.E.; Eliza Hall A.P.E.; Brian Cornell C.C.O.; Joe Lombardo Sheriff; K. Summers De 1; Jane/John Doe Facial Regition; Jane/John Doe Facial Rcigition; Because all the above defendants did willfully and malicly say and file Criminal Complaints (see Echibit A all) that said Plaintiff was the person who committed the Burglary and Grand Larceny Felonies. Causing Plaintiff to not be able to recieve minimum custody or Community Truste status. This malice and False complaint has now caused Plaintiff more time in prison up to 1-2 yrs for not being able to recieve the 10 extra days off a sentence due to custody level change. It also caused Plaintiff to not be able to attend his grand mothers funnel (see exhibit B). By not doing their jobs correctly an completly the above named Defendants caused Plaintiff severe physicall and mendull anguish.

7

## COUNT III

The following civil rights has been violated: Ad mentment IV and V
Slander, Malice.

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

The following Defendant's Art Sanchez Khols A.P.E. Michelle
Gas khols CEO. Through a picture lineup (see Exhibit
A pg 40.41) Mr Sanchez Undenkfyed the Plaintiff and
Maliugly and completly incorectly. This was Slander
due to going forward an being completely incorrect
made Mr Sanchs Actions go public which is slanderous.
Defendant's Brian Connell CEO Target; Cesar Delacruz D.P.E
Target; Miguel Perra A.P.E Target; Molly Mercer A.P.E
Mgr Target; Eliza Hall A.P.E Target. All have stated
in (Exhibit A all) that Plaintiff Mr Walker
was the person that commited the Burglarys and
Grand Larceny By letting the complaint go public
all the above are commiting slander and very
maliely wrongfully accused Plaintiff. If all above
had such a good look at Plantiff as trained Assesst
Protection Agents this mistake and wrong fully accused
Person would have possibly been free an on the
streets with family not in Nev. Dpt of Corrections

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)   Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action? _____ Yes ✗ No. If your answer is "Yes", describe each
lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)    Defendants: _____

b)    Name of court and docket number: _____

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?):

      _____

d)    Issues raised: _____

      _____

      _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes   ⟋ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

      Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

      _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

      Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

9

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes  X  No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _____

_____

_____

10

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

For all employees's in Target $50,000 each an punitive damages of 25.5 million. For all employees of Kohl's $50,000 each and punitive damages 17.5 million. For Las Vegas Metro police $50,000 each person and punitive damages of 1.5 million. For a total law suit of 45 million 50,000 dollars.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

5·9·2020

(Date)

- - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

## CERTIFICATE OF SERVICE BY MAILING

I, _David Leroy Walker_ , hereby certify, pursuant to NRCP 5(b), that on this _9_ day of _May_ , 20_20_, I mailed a true and correct copy of the foregoing, " _Civil Rights Complaint Pursuant to 42 U.SC § 1983_ "

by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

_Clerk of Courts_
_200 Lewis Ave_
_3rd Floor_
_Las Vegas NV 89155_

CC:FILE

**DATED:** this _9_ day of _May_ , 20_20_.

X _David Leroy Walker_ #_1195392_
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

P.12

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _Civil Rights_

_Complaint Pursuant to 42 U.SC § 1983_
(Title of Document)

filed in District Court Case number _____

☒   Does not contain the social security number of any person.

**-OR-**

☐   Contains the social security number of a person as required by:

    A.  A specific state or federal law, to wit: _____

    (State specific law)

        **-or-**

    B.  For the administration of a public program or for an application
    for a federal or state grant.

X _____                          _5.9.2020_
Signature                                                              Date

_David Leray Walker_
Print Name

_____
Title

Exhibit A

Exhibit A

1

2

JUSTICE COURT, LAS VEGAS TOWN
CLARK COUNTY, NEVADA

3   THE STATE OF NEVADA,

4                    Plaintiff,

5        -vs-

6   DAVID LEROY WALKER #2701938,

7                    Defendant.

8

CASE NO:    19F18047X

DEPT NO:    2

CRIMINAL COMPLAINT

9        The Defendant above named having committed the crimes of BURGLARY (Category

10  B Felony - NRS 205.060 - NOC 50424) and GRAND LARCENY (Category C Felony - NRS

11  205.220.1, 205.222.2 - NOC 56004), in the manner following, to wit: That the said Defendant,

12  on or between May 29, 2019 and July 15, 2019, at and within the County of Clark, State of

13  Nevada,

14  COUNT 1 - BURGLARY

15       did, on or about May 29, 2019, willfully, unlawfully, and feloniously enter a building,

16  owned or occupied by TARGET, located at 6480 Sky Pointe Drive, Las Vegas, Clark County,

17  Nevada, with intent to commit larceny.

18  COUNT 2 - BURGLARY

19       did, on or about June 3, 2019, willfully, unlawfully, and feloniously enter a building,

20  owned or occupied by TARGET, located at 6480 Sky Pointe Drive, Las Vegas, Clark County,

21  Nevada, with intent to commit larceny.

22  COUNT 3 - GRAND LARCENY

23       did, on or about June 3, 2019, then and there willfully, unlawfully, and feloniously

24  with intent to deprive the owner permanently thereof, steal, take and carry away, lead away or

25  drive away property owned by TARGET, having a value of $650.00 or more, to wit:

26  miscellaneous electronic items.

27  COUNT 4 - BURGLARY

28       did, on or about June 5, 2019, willfully, unlawfully, and feloniously enter a building,

POO 8/27/23   PEO 11/1/22   Δ HAS BEEN IN NDOC SINCE 2017   RPT ACH
OF:

1/17/20   ACH JC2 P/C   PEO SV: 1/24/20

P.1

W:\2019\2019F\180\47\19F18047-COMP-001.DOCX

1 | owned or occupied by TARGET, located at 6480 Sky Pointe Drive, Las Vegas, Clark County,
2 | Nevada, with intent to commit larceny.

3 | COUNT 5 - GRAND LARCENY

4 | did, on or about June 5, 2019, then and there willfully, unlawfully, and feloniously
5 | with intent to deprive the owner permanently thereof, steal, take and carry away, lead away or
6 | drive away property owned by TARGET, having a value of $650.00 or more, to wit:
7 | miscellaneous electronic items.

8 | COUNT 6 - BURGLARY

9 | did, on or about June 11, 2019, willfully, unlawfully, and feloniously enter a building,
10 | owned or occupied by TARGET, located at 3210 North Tenaya Way, Las Vegas, Clark
11 | County, Nevada, with intent to commit larceny.

12 | COUNT 7 - BURGLARY

13 | did, on or about June 13, 2019, willfully, unlawfully, and feloniously enter a building,
14 | owned or occupied by TARGET, located at 3210 North Tenaya Way, Las Vegas, Clark
15 | County, Nevada, with intent to commit larceny.

16 | COUNT 8 - GRAND LARCENY

17 | did, on or about June 13, 2019, then and there willfully, unlawfully, and feloniously
18 | with intent to deprive the owner permanently thereof, steal, take and carry away, lead away or
19 | drive away property owned by TARGET, having a value of $650.00 or more, to wit:  two (2)
20 | Dyson vacuum cleaners.

21 | COUNT 9 - BURGLARY

22 | did, on or about June 26, 2019, willfully, unlawfully, and feloniously enter a building,
23 | owned or occupied by TARGET, located at 3210 North Tenaya Way, Las Vegas, Clark
24 | County, Nevada, with intent to commit larceny.

25 | COUNT 10 - BURGLARY

26 | did, on or about June 30, 2019, willfully, unlawfully, and feloniously enter a building,
27 | owned or occupied by TARGET, located at 695 South Green Valley Parkway, Henderson,
28 | Clark County, Nevada, with intent to commit larceny.

1    COUNT 11 - BURGLARY

2         did, on or about July 3, 2019, willfully, unlawfully, and feloniously enter a building,

3    owned or occupied by TARGET, located at 8750 West Charleston Boulevard, Las Vegas,

4    Clark County, Nevada, with intent to commit larceny.

5    COUNT 12 - BURGLARY

6         did, on or about July 15, 2019, willfully, unlawfully, and feloniously enter a building,

7    owned or occupied by TARGET, located at 695 South Green Valley Parkway, Henderson,

8    Clark County, Nevada, with intent to commit larceny.

9    COUNT 13 - GRAND LARCENY

10        did, on or about July 15, 2019, then and there willfully, unlawfully, and feloniously

11   with intent to deprive the owner permanently thereof, steal, take and carry away, lead away or

12   drive away property owned by TARGET, having a value of $650.00 or more, to wit:  two (2)

13   iRobot vacuum cleaners.

14        All of which is contrary to the form, force and effect of Statutes in such cases made and

15   provided and against the peace and dignity of the State of Nevada.  Said Complainant makes

16   this declaration subject to the penalty of perjury.

17

18                                        _____

19                                            09/11/19

20

21

22

23

24

25   19F18047X/mab
     LVMPD EV# 190699999455;
26   190699999454; 190699999453;
     190699999631; 190699999630;
27   190600124188; 1915295;
     190799999860; 1915767
28   (TK2)

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**DECLARATION OF WARRANT/SUMMONS**
**(N.R.S. 171.106)**
**(N.R.S. 53 amended 7/13/1993)**

Event Number:   __LLV190699999455__

| STATE OF NEVADA | ) | Walker, David Leroy |
|---|---|---|
| | ) ss: | ID#: 2701938 |
| COUNTY OF CLARK | ) | DOB: 05/15/90  SS#: ███████ |

K. Summers, being first duly sworn, deposes and says:

That he is a Police Detective with the Las Vegas Metropolitan Police Department, being so employed for a period of 8 years, assigned to investigate the crime(s) of Burglary; Grand Larceny; Part. Organized Retail Theft Ring committed on or about May 29th, 201; June 3rd, 2019; June 5th, 2019; June 11th, 2019; June 13th, 2019; June 26th, 2019; June 30th, 2019; July 3rd, 2019; and July 15th, 2019, which investigation has developed Walker, David Leroy as the perpetrator thereof.

THAT DECLARANT DEVELOPED THE FOLLOWING FACTS IN THE COURSE OF THE INVESTIGATION OF SAID CRIME, TO WIT:

On July 1st, 2019, I Detective K. Summers P# 14109 currently assigned to the Organized Retail Theft Unit of the Theft Crimes Bureau began an investigation into the crime of Burglary, Grand Larceny and Participation in Organized Retail Theft Ring with the victim being Target. During this investigation, probable cause has been established for the arrest of David Leroy Walker DOB: 05/15/90 (ID#2701938).

On July 11th, 2019 I utilized facial recognition technology, which is operated by trained individuals assigned to LVMPD's Technical Operations section, and identified a subject bearing the likeness to the person in question. On each of the below listed events the suspect has been seen occupying a black 2007 Audi A4 bearing Nevada license plate 693H18.

On July 17th, 2019, Walker entered the business of Kohl's at 4265 S. Grand Canyon Drive. Walker committed a burglary and was confronted by Asset Protection employee Art Sanchez DOB: ███████. Walker threw the item at Sanchez and ran from the scene. Sanchez reviewed video surveillance and determined Walker arrived in an Audi A4 Sedan bearing Nevada License plate 693H18.

On July 18th, 2019, Sanchez was able to select Walker in a photo lineup as the suspect he encountered with on July 17th, 2019. Sanchez provided video surveillance of the incident and would complete an online report later upon reviewing the incident with management. Based up review of the video at Kohls, Walker does match the same subject who committed the below listed thefts to the business of Target. The following is a synopsis of events:

**LLV190699999455 | 6480 Sky Pointe Drive; Las Vegas, NV 89131**
On May 29th, 2019 at about 1414 hours, a black male adult wearing a light green shirt, camo shorts and black shoes entered the business of Target located at 6480 Sky Pointe Drive; Las Vegas, NV 89131. The male, later identified as David Walker

P. 4

S VEGAS METROPOLITAN POLICE DEPARTMENT
# CONTINUATION

Event #:   **LLV190699999455**

DOB: 05/15/90 proceeded to the electronics department. Once there, Walker browsed the headphones. Walker selected (2) two black "Jaybird" headphones valued at $179.99 each, (1) one "Jam" wireless earphones valued at $99.99 and (1) one black "JBL" headphones valued at $149.99. Walker concealed the items into a Target plastic shopping bag and proceeded to the front of the business. Walker passed all points of sale, failing to provide payment for the selected items. Walker occupied a black four door sedan and left the business parking lot. Cesar Delacruz, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Delacruz provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$609.96**.

### LLV190699999454 | 6480 Sky Pointe Drive; Las Vegas, NV 89131

On June 3rd, 2019 at about 0938 hours, a black male adult wearing a black shirt, camo shorts and black shoes entered the business of Target located at 6480 Sky Pointe Drive; Las Vegas, NV 89131. The male, later identified as David Walker DOB: 05/15/90 proceeded to the electronics department. Once there, Walker browsed the headphones. Walker selected (1) one "Plantronics" headphone valued at $99.99, (1) one "Beats" headphone valued at $119.99, and (3) two "Bose Sound Sport" headphone valued at $149.99. Walker placed the items into a Target handheld shopping basket and walked to the front entrance. Walker passed all points of sale, failing to provide payment for the selected items. Walker occupied a black four door sedan and left the business parking lot. Cesar Delacruz, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Delacruz provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$669.95**.

### LLV190699999453 |6480 Sky Pointe Drive; Las Vegas, NV 89131

On June 5th, 2019 at about 0936, a black male adult wearing a white shirt, black shorts and white shoes entered the business of Target located at 6480 Sky Pointe Drive; Las Vegas, NV 89131. The male, later identified as David Walker DOB: 05/15/90 selected a handheld shopping basket and proceeded to the electronics department. Once there, Walker browsed the headphones. Walker selected (2) two "Sony" in ear headphones valued at $79.99, (1) one "Jam" wireless headphone valued at $99.99, (1) one "Aftershokz Trez" headphone valued at $99.99, (1) one "Sony" wireless noise canceling headphone valued at $199.99, and (1) one "JBL" headphone valued at $149.99. Walker placed the items into the handheld shopping basket and walked towards the front of the business where he began to scope the area until it was safe to make his exit. Walker passed all points of sale, failing to provide payment for the selected items. Walker occupied a black four door sedan and left the business parking lot. Cesar Delacruz, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Delacruz provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$709.94**.

### LLV190699999631 | 3210 N. Tenaya Way; Las Vegas, NV 89129

On June 11th, 2019 at about 1019, a black male adult wearing a black shirt, green shorts and white shoes entered the business of Target located at 3210 N. Tenaya Way; Las Vegas, NV 89129. The male, later identified as David Walker DOB: 05/15/90 walked to the domestic department. Walker selected a gold "Shark" vacuum valued at $499.99. Walker then walked to the front of the business with the exposed vacuum in his arms. Walker passed all points of sale, failing to provide

P. 5

S VEGAS METROPOLITAN POLICE DEPARTME
## CONTINUATION

Event #:   LLV190699999455

payment for the selected item. Walker occupied a black four door Audi and left the business parking lot Miguel Parra, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Parra provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$499.99.**

### LLV190699999630 | 3210 N. Tenaya Way; Las Vegas, NV 89129

On June 13th, 2019 at about 1019, a black male adult wearing a light-colored hat, green shirt, camo cargo shorts and black shoes entered the business of Target located at 3210 N. Tenaya Way; Las Vegas, NV 89129. The male, later identified as David Walker DOB: 05/15/90 walked to the domestic department. Walker selected (2) two black "Dyson" vacuum cleaners valued at $389.98 each. Walker then proceeded to the front of the business with the exposed vacuum in his arms. Walker passed all points of sale, failing to provide payment for the selected item. Walker occupied a black four door Audi and left the business parking lot Miguel Parra, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Parra provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$779.96.**

### LLV190600124188 | 3210 N. Tenaya Way; Las Vegas, NV 89129

On June 26th, 2019 at about 1142 hours, a black male adult wearing a green hat, grey shirt, camo shorts and black shoes entered the business of Target located at 3210 N. Tenaya Way; Las Vegas, NV 89129. The male, later identified as David Walker DOB: 05/15/90 walked to the domestic department. Walker selected (1) multi-colored "Dyson" vacuum cleaner valued at $299.99. Walker then proceeded to the front of the business with the exposed vacuum in his arms. Walker passed all points of sale, failing to provide payment for the selected item. Walker occupied a black four door Audi and left the business parking lot Miguel Parra, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Parra provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$299.99.**

### 19-15295 (Henderson) | 695 S. Green Valley Pkwy; Henderson, NV 89052

On June 30, 2019 at about 1152 hours, a black male adult wearing a blue shirt, grey shorts and white shoes entered the business of Target located at 695 S. Green Valley Pkwy; Las Vegas, NV 89052. The male, later identified as David Walker DOB: 05/15/90 proceeds to the small appliance department and selects a "Dyson" vacuum valued at $599.99. Walker proceeds to the front of the business with the item exposed under his left arm. Walker passes all points of sale, failing to provide payment for the selected item. Walker is seen leaving the business in an unidentified vehicle. Molly Morer, Target Asset Protection manager reviewed video surveillance of the mentioned incident. Morer contacted Henderson Police Department; Officer M. Kohut P# 2287 responded to the scene and completed a report. A copy of the video was provided for my review which corroborated the detailed narrative. The business of Target did report a total loss of **$599.99.**

### LLV190799999860 | 8750 W. Charleston Blvd; Las Vegas, NV 89145

On July 3rd, 2019 at about 1646 hours, a black male adult wearing a white shirt, black pants and black shoes entered the business of Target located at 8750 W. Charleston Blvd; Las Vegas, NV 89145. The male, later identified as David Walker

DOB: 05/15/90 proceeded to the small appliances department. Walker selected (1) black "Nespresso" coffee machine valued at $379.00. Walker procced to walk to the exit with the item exposed in his right hand. Walker passed all points of sale, failing to provide payment for the selected item. Walker occupied a black four door Audi and left the business parking lot Eliza Hall, Target Asset Protection employee reviewed video surveillance of the mentioned incident. Hall provided the incident video surveillance which corroborated the detailed narrative. The business of Target did report a total loss of **$379.00.**

**19-15767 (Henderson) | 695 S. Green Valley Pkwy; Henderson, NV 89052**

On July 15th, 2019 at about 1757 hours, a black male adult wearing a black hat, shirt, pants and shoes entered the business of Target located at 695 S. Green Valley Pkwy; Las Vegas, NV 89052. The male, later identified as David Walker DOB: 05/15/90 proceeds to the small appliance department and selects (2) two "iRobot" vacuum valued at $399.99 each. Walker proceeds to the front of the business with the item exposed in each hand. Walker passes all points of sale, failing to provide payment for the selected items. Walker is seen leaving the business in a black Audi A4. Molly Morer, Target Asset Protection manager reviewed video surveillance of the mentioned incident. Morer recognized Walker as the same male who committed a theft to the business on June 30th, 2019. Morer contacted Henderson Police Department; Officer D. Young P#2497 and Officer J. Wiener P#1102 responded to the scene and completed a report. A copy of the video was provided for my review which corroborated the detailed narrative. The business of Target did report a total loss of **$799.98.**

**Follow up:**

Upon a routine wants and records check, for the purposes of "Burglary", David Walker ID# 2701938 is a convicted person for the following offences: (JOC's attached)

1.   Domestic Battery by Strangulation (NV: 2018)
2.   Kidnapping, 2nd Degree (NV: 2018
3.   Assault on Protected Person (NV: 2018)
4.   Att Home Invasion (NV: 2014)
5.   Att Burglary (NV: 2014)
6.   Battery by Prisoner (NV: 2013)

Your affiant requests an arrest warrant for the person of Walker for the following offences:

**Burglary | 9 counts:** Walker did enter the business of Target with the intent to commit a grand or petit larceny. For the purpose of "Burglary", Walker is a convicted person for several felony offenses. (JOC's Attached)

**Grand Larceny | 4 counts:** Walker did enter the business of Target and committed a theft in the amount over $650.00.

**Participation in Organized Retail Theft:** Over a period of 90 days, Walker did commit a series of thefts of retail merchandise with the intent to resell, trade or barter the merchandise for value. A reasonable person would believe the items to which

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
## CONTINUATION

Event #:   __LLV190699999455__

Walker stole is not for personal usage. In a period of 90 days (May 29, 2019 – July 15th, 2019) Walker has totaled a loss of **$5,348.76** to the business of Target.

Wherefore, Declarant prays that a Warrant of Arrest be issued for suspect Walker, David Leroy on the charge(s) of Burglary; Grand Larceny; Part. Organized Retail Theft Ring.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

Executed on this **23rd day of July, 2019.**

DECLARANT:   _____

K. Summers P# 14109

WITNESS:   _____          DATE:   _____**July 23, 2019**_____

L Beveridge P# 6707

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106



Arrest / Detective Report

Case Report No.: **LLV190699999455**

## Administrative

| | | | |
|---|---|---|---|
| Location | 6480 Sky Pointe Drive  Las Vegas , NV 89131 | | Sector /Beat **X4** |
| Occurred On (Date / Time) | 5/29/2019 2:14:00 PM | Or Between (Date / Time) | 5/29/2019 2:16:00 PM |
| Reporting Officer | 9999999 - Interface, Coplogic | Reported On | 6/18/2019 |
| Entered By | 9999999 - Interface, Coplogic | Entered On | 6/18/2019 1:18:48 PM |
| Supervisor | 04799 - Hibbetts, Brian | Pro Squad  ORO 1 | Follow Up |
| Jurisdiction | Las Vegas, City of | Follow Up | Disposition **Active** |
| Route To: | | Report Type  **Officer Created - Sgt Approval** | |
| Connecting Reports | | Related Cases | |

Assisting Officers:

## Offenses

**Petit Larceny(M)-NRS 205.24**
Completed **Yes**   Hate/Bias   **None (No Bias)**   Domestic Violence
Entry   Premises Entered   Tools
Weapons   Type Security
Criminal Activities   Location Type   **Department/Discount Store**

## Victims

Name: **Target**

Victim Type   **Business**   Written Statement   Can ID Suspect
Victim of   **50535 - Petit Larceny(M)-NRS 205.24**   Domestic Battery

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN | DOB | Age | Sex | | Race | Ethnicity |
| Height | Weight | Hair Color | Eye Color | | | |
| Employer/School | | | Work Schedule | | | |
| Occupation/Grade | | | | | | |
| DLN | DL State | DL Country | | | | |
| Resident | | Tourist Departure Date | | | | |
| Injury | | Injury Weapons | | | | |

Addresses
Business   6480 Sky Pointe Drive Las Vegas , NV 89131   United States

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect   Primary Aggressor  Determined
Intimate Relationship   Drug/Alcohol Involvement
Voluntary Statement   DV Information Provided
Injury Severity   Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact  **Cesar Delacruz Colin**

Written Statement   Can ID Suspect

| | | | | | |
|---|---|---|---|---|---|
| SSN | DOB | Age **21** | Race **Unknown** | Ethnicity | **Hispanic or Latino** |
| Sex **Male** | Height | Weight | Hair Color | Eye Color | |

6/28/2019 2:14 PM   LLV190699999455   Page 1 of 4

Employer/School
Tourist   **Resident**                          Occupation/Grade
DLN                                             Departure Date
                        DL State                                DL Country

**Addresses**
**Business**                    ████████████████████████████
**Phones**
**Home/Residence**      ██████████

**Missing Person / Runaway**

Physical Appearance             Physical Build                  Headwear Color
Skin Complexion                 Eye Description                 Teeth Description
Hair Length                     Hair Style                      Facial Hair
Speech Characteristics          Speech Manner                   Dominate Hand
Injury or Condition                     Distinctive Jewelry
Medical Info                                            Blood Type
Headwear Color                          Probable Destination
Disappearance Type              Missing Before          How long at present address
Responsible Adult               Relationship to MP              POB
Last seen by                    Last seen where
Last seen wearing                                       Last seen Date/Time
Footprints Available            X-rays Available        Fingerprints Available
Photo Attached                  Corrected Vision        Dental Available
                                                        Circumcised

**Scars, Marks, Tattoos:**
**Dead Body Report Information**
Coroner/Physician               Coroner/Physician Name
Coroner Case #                  Coroner Seal #
Case of Death                   Date/Time Pronounced
Public Administrator            Hospital/Mortuary
Facility Name                   Attendant Name
Photos Taken

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties

Type:     **Electronics (TV, Music, CD/DVD Players, etc...)**

Status          **Stolen**                      Quantity   **2**     Value   359.98   Color   **Black**
Description      **Black Headphones**
Manufacturer    **Jaybird**             Model   **Headphones**       Serial No.\VIN   **n/a**
Vehicle Year                    Body Type
Lic Plate #                     Lic Plate State                 Lic Plate Exp
Insurance Company
Owner           **V - Target**
Notes:

Detailed Property Information

Length                          Width                   Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features

Recovered Property Information

Recovered Date                  Recovered Value
Recovered Location              Recovered Reason
Recovered By                    Recovered Stock #
Owner Type                      Released To
Insurance Rep.                  Tow Company

P.10

**Type:**    Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | | Quantity | 1 | | Value | 99.99 | Color | **Black** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Status | **Stolen** | | | |
| Description | **Wireless Earphones** | | | |
| Manufacturer | **Jam** | Model | | |
| Vehicle Year | | Body Type | Serial No.\VIN | **n/a** |
| Lic Plate # | | Lic Plate State | | |
| Insurance Company | | | Lic Plate Exp | |
| Owner | **V - Target** | | | |
| Notes: | | | | |

**Detailed Property Information**

| | | | |
|---|---|---|---|
| Length | | Width | Height |
| Horse Power | | Propulsion Serial # | |
| Caliber | | Barrel Length | |
| Features | | | |

**Recovered Property Information**

| | | |
|---|---|---|
| Recovered Date | Recovered Value | |
| Recovered Location | Recovered Reason | |
| Recovered By | Recovered Stock # | |
| Owner Type | Released To | |
| Insurance Rep. | Tow Company | |

**Type:**    Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | | Quantity | 1 | | Value | 149.99 | Color | **Black** |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Status | **Stolen** | | | |
| Description | **Black JBL headphones** | | | |
| Manufacturer | **JBL** | Model | **Headphones** | |
| Vehicle Year | | Body Type | Serial No.\VIN | **n/a** |
| Lic Plate # | | Lic Plate State | | |
| Insurance Company | | | Lic Plate Exp | |
| Owner | **V - Target** | | | |
| Notes: | | | | |

**Detailed Property Information**

| | | | |
|---|---|---|---|
| Length | | Width | Height |
| Horse Power | | Propulsion Serial # | |
| Caliber | | Barrel Length | |
| Features | | | |

**Recovered Property Information**

| | | |
|---|---|---|
| Recovered Date | Recovered Value | |
| Recovered Location | Recovered Reason | |
| Recovered By | Recovered Stock # | |
| Owner Type | Released To | |
| Insurance Rep. | Tow Company | |

## Solvability

## Modus Operandi

| | | |
|---|---|---|
| **MO General** | | |
| Occupied? | Surrounding Area | |
| General Premise | Specific Premise | |
| **MO Against Property** | | Entry Location |
| Entry Point | Exit Point | Vehicle Entry |
| Entry/Attempt Method | Entry Tool | Additional Factors |
| Safe Entry | Suspect Actions | Video Surveillance |
| Victim Location | Electronic Locks | |
| Maid | Inspectress | |

**MO Against People**

P. 11

Victim-Suspect Relationship
Victim Condition
Suspect Pretended to Be
Sexual Acts

Pre-Incident Contact
Suspect Solicited/Offered
Suspect Actions
Vehicle Involvement

## Narrative

On the 29th of May 2019 I Assets Protection Specialist Cesar Delacruz Colin while working in Target location T-1462 6480 Sky Pointe Dr. Las Vegas NV, 89131 reviewed the following incident.
I observed a subject entering the store at approximately 2:14 PM and quickly proceeded towards the electronics department. The subject was observed to be an African American male subject, approximately 6'1 190 lbs. between the ages of 23-26 years. The subject was observed to be wearing a light green shirt with a green hat and camo shorts. The subject was observed to have multiple tattoos on both arms and had black shoes. The subject was observed entering the headphones department and quickly removed a Target bag from their pocket. The subject then proceeded to make 2 selections from the sales floor valued at $179.99 each. The subject then proceeded to make 2 more selections, one valued at $99.99 and the other $149.99. The subject concealed the merchandise into the Target bag and quickly exited the aisle, proceeding towards the front of the store. The subject then proceeded to pass all points of sales, failing to offer payment for the concealed merchandise. The subject exited the store at 2:16 PM and departed property in a black sedan with no further incident.

Patrol Follow-Up



LAS VEGAS METROPOLITAN POLICE
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

Case Report No.: **LLV190699999454**

**Arrest / Detective Report**

## Administrative

| | | | |
|---|---|---|---|
| Location | 6480 Sky Pointe Drive  Las Vegas , NV 89131 | | Sector /Beat  **X4** |
| Occurred On (Date / Time) | **6/3/2019 9:38:00 AM** | Or Between (Date / Time) | 6/3/2019 9:49:00 AM |
| Reporting Officer | 9999999 - Interface, Coplogic | Reported On | **6/18/2019** |
| Entered By | 9999999 - Interface, Coplogic | Entered On | **6/18/2019 1:43:19 PM** |
| Supervisor | 04799 - Hibbetts, Brian | Follow Up | Pro Squad **ORO 1** | Follow Up |
| Jurisdiction | Las Vegas, City of | Report Type | **Officer Created - Sgt Approval** | Disposition  **Active** |
| Route To: | | Related Cases | |
| Connecting Reports | | | |

Assisting Officers:

## Offenses

**Grand Larceny Under$3500(F)-NRS 205.222.2**

| | | | |
|---|---|---|---|
| Completed | **Yes** | Hate/Bias | **None (No Bias)** | | Domestic Violence |
| Entry | | Premises Entered | | Type Security | Tools |
| Weapons | | | | Location Type | **Department/Discount Store** |
| Criminal Activities | | | | | |

## Victims

Name: **Target**

| | | | | |
|---|---|---|---|---|
| Victim Type | **Business** | Written Statement | | Can ID Suspect |
| Victim of | 56004 - Grand Larceny Under$3500(F)-NRS 205.222.2 | | | Domestic Battery |
| SSN | | DOB | Age | Sex | Race | Ethnicity |
| Height | | Weight | Hair Color | Eye Color | |
| Employer/School | | | | Work Schedule | |
| Occupation/Grade | | | | | |
| DLN | | DL State | | DL Country | |
| Resident | | | | Tourist Departure Date | |
| Injury | | | | Injury Weapons | |

Addresses
Business          6480 Sky Pointe Drive Las Vegas , NV 89131  United States

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                         Primary Aggressor  Determined
Intimate Relationship                           Drug/Alcohol Involvement
Voluntary Statement                             DV Information Provided
Injury Severity                                 Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact  **Cesar Delacruz Colin**

| | | | | | |
|---|---|---|---|---|---|
| Written Statement | | | Can ID Suspect | | |
| SSN | | DOB | Age  **21** | Race  **Unknown** | Ethnicity  **Hispanic or Latino** |
| Sex  **Male** | | Height | Weight | Hair Color | Eye Color |

6/28/2019 2:15 PM                              LLV190699999454                         Page 1 of 5

P. 13

| Employer/School | | Occupation/Grade | |
|---|---|---|---|
| Tourist   **Resident** | | Departure Date | |
| DLN | DL State | | DL Country |

**Addresses**
**Business** ████████████████████████████
**Phones**
**Home/Residence** ████████████

**Missing Person / Runaway**

| Physical Appearance | Physical Build | Headwear Color |
|---|---|---|
| Skin Complexion | Eye Description | Teeth Description |
| Hair Length | Hair Style | Facial Hair |
| Speech Characteristics | Speech Manner | Dominate Hand |
| Injury or Condition | Distinctive Jewelry | |
| Medical Info | | Blood Type |
| Headwear Color | Probable Destination | |
| Disappearance Type | Missing Before | How long at present address |
| Responsible Adult | Relationship to MP | POB |
| Last seen by | Last seen where | Last seen Date/Time |
| Last seen wearing | | Fingerprints Available |
| Footprints Available | X-rays Available | Dental Available |
| Photo Attached | Corrected Vision | Circumcised |

**Scars, Marks, Tattoos:**

## Dead Body Report Information

| Coroner/Physician | Coroner/Physician Name |
|---|---|
| Coroner Case # | Coroner Seal # |
| Case of Death | Date/Time Pronounced |
| Public Administrator | Hospital/Mortuary |
| Facility Name | Attendant Name |
| Photos Taken | |

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties

**Type:**   **Electronics (TV, Music, CD/DVD Players, etc...)**

| Status | **Stolen** | | Quantity | 1 | Value | 99.99 | Color | **Black** |
|---|---|---|---|---|---|---|---|---|
| Description | **Plantronics Headphones** | | | | | | | |
| Manufacturer | **Plantronics** | Model | **Headphones** | | Serial No.\VIN | **n/a** | | |
| Vehicle Year | | Body Type | | | | | | |
| Lic Plate # | | Lic Plate State | | | | Lic Plate Exp | | |
| Insurance Company | | | | | | | | |
| Owner | **V - Target** | | | | | | | |
| Notes: | | | | | | | | |

**Detailed Property Information**

| Length | Width | Height |
|---|---|---|
| Horse Power | Propulsion Serial # | |
| Caliber | Barrel Length | |
| Features | | |

**Recovered Property Information**

| Recovered Date | Recovered Value |
|---|---|
| Recovered Location | Recovered Reason |
| Recovered By | Recovered Stock # |
| Owner Type | Released To |
| Insurance Rep. | Tow Company |

Type:   Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | Quantity | 1 | | Value | 119.99 | Color | Black |
|---|---|---|---|---|---|---|---|---|---|---|

Status        **Stolen**
Description   **Beats Headphones**
Manufacturer  **Beats**              Model        **Headphones**           Serial No.\VIN    **n/a**
Vehicle Year                        Body Type
Lic Plate #                         Lic Plate State                       Lic Plate Exp
Insurance Company
Owner         **V - Target**
Notes:

**Detailed Property Information**

Length                              Width                              Height
Horse Power                         Propulsion Serial #
Caliber                             Barrel Length
Features

**Recovered Property Information**

Recovered Date                      Recovered Value
Recovered Location                  Recovered Reason
Recovered By                        Recovered Stock #
Owner Type                          Released To
Insurance Rep.                      Tow Company

Type:   Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | Quantity | 1 | | Value | 149.99 | Color | Black |
|---|---|---|---|---|---|---|---|---|---|---|

Status        **Stolen**
Description   **Bose Headphones**
Manufacturer  **Bose**              Model        **Soundsport CI**         Serial No.\VIN    **n/a**
Vehicle Year                        Body Type
Lic Plate #                         Lic Plate State                       Lic Plate Exp
Insurance Company
Owner         **V - Target**
Notes:

**Detailed Property Information**

Length                              Width                              Height
Horse Power                         Propulsion Serial #
Caliber                             Barrel Length
Features

**Recovered Property Information**

Recovered Date                      Recovered Value
Recovered Location                  Recovered Reason
Recovered By                        Recovered Stock #
Owner Type                          Released To
Insurance Rep.                      Tow Company

Type:   Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | Quantity | 1 | | Value | 149.99 | Color | Blue |
|---|---|---|---|---|---|---|---|---|---|---|

Status        **Stolen**
Description   **Bose Headphones**
Manufacturer  **Bose**              Model        **Soundsport AQ**         Serial No.\VIN    **n/a**
Vehicle Year                        Body Type
Lic Plate #                         Lic Plate State                       Lic Plate Exp
Insurance Company
Owner         **V - Target**
Notes:

**Detailed Property Information**

Length                              Width                              Height
Horse Power                         Propulsion Serial #
Caliber                             Barrel Length
Features

**Recovered Property Information**

B, 15

| Recovered Date | | Recovered Value |
| Recovered Location | | Recovered Reason |
| Recovered By | | Recovered Stock # |
| Owner Type | | Released To |
| Insurance Rep. | | Tow Company |

**Type:** Electronics (TV, Music, CD/DVD Players, etc...)

| Status | **Stolen** | | | Quantity | 1 | Value | 149.99 | Color | **Black** |
| Description | **Bose Headphones** | | | | | | | | |
| Manufacturer | **Bose** | Model | ▇▇▇▇▇ | Serial No.\VIN | **n/a** | | | | |
| Vehicle Year | | Body Type | | | | | | | |
| Lic Plate # | | Lic Plate State | | | Lic Plate Exp | | | | |
| Insurance Company | | | | | | | | | |
| Owner | **V - Target** | | | | | | | | |
| Notes: | | | | | | | | | |

### Detailed Property Information

| Length | | Width | | Height |
| Horse Power | | Propulsion Serial # | | |
| Caliber | | Barrel Length | | |
| Features | | | | |

### Recovered Property Information

| Recovered Date | | Recovered Value |
| Recovered Location | | Recovered Reason |
| Recovered By | | Recovered Stock # |
| Owner Type | | Released To |
| Insurance Rep. | | Tow Company |

## Solvability

## Modus Operandi

| MO General | | | |
| Occupied? | | Surrounding Area | |
| General Premise | | Specific Premise | |
| **MO Against Property** | | | |
| Entry Point | Exit Point | | Entry Location |
| Entry/Attempt Method | Entry Tool | | Vehicle Entry |
| Safe Entry | Suspect Actions | | Additional Factors |
| Victim Location | Electronic Locks | | Video Surveillance |
| Maid | Inspectress | | |

| **MO Against People** | | |
| Victim-Suspect Relationship | | Pre-Incident Contact |
| Victim Condition | | Suspect Solicited/Offered |
| Suspect Pretended to Be | | Suspect Actions |
| Sexual Acts | | Vehicle Involvement |

## Narrative

On the 3rd of June 2019 I Assets Protection Specialist Cesar Delacruz Colin while working in Target location T-1462 6480 Sky Pointe Dr. Las Vegas NV, 89131 reviewed the following incident.
I observed a subject entering the store at approximately 9:38 AM and quickly proceeded towards the electronics department with a hand basket. The subject was observed to be a male subject, approximately 6'1 190 lbs. between the ages of 23-26 years. The subject was observed to be wearing a black shirt and camo shorts. The subject was observed to have multiple tattoos on both arms and had black shoes. The subject was observed entering the headphones department. The subject then proceeded to make 2 selections of headphones from the sales floor valued at $99.99, $119.99, and 3 selections valued at $149.99 each. The subject placed the merchandise into the hand basket and quickly exited the aisle, proceeding towards the front of the store. The subject then proceeded to pass all points of sales, failing to offer payment for the concealed merchandise. The subject exited the store at 9:49 AM and departed property in a black sedan with no further incident.

**Patrol Follow-Up**





LAS VEGAS METROPOLITAN POLICE
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

**Arrest / Detective Report**

Case Report No.: **LLV190699999453**

## Administrative

| | | | |
|---|---|---|---|
| Location | **6480 Sky Pointe Drive  Las Vegas , NV 89131** | Sector /Beat | **X4** |
| Occurred On (Date / Time) | **6/5/2019 9:30:00 AM** | Or Between (Date / Time) **6/5/2019 9:43:00 AM** | |

| | | | |
|---|---|---|---|
| Reporting Officer | **9999999 - Interface, Coplogic** | Reported On | **6/18/2019** |
| Entered By | **9999999 - Interface, Coplogic** | Entered On | **6/18/2019 2:04:18 PM** |
| Supervisor | **04799 - Hibbetts, Brian**  Follow Up | Pro Squad **ORO 1** | Follow Up |
| Jurisdiction | **Las Vegas, City of**  Report Type | **Officer Created - Sgt Approval** | Disposition **Active** |
| Route To: | | Related Cases | |
| Connecting Reports | | | |

Assisting Officers:

## Offenses

**Grand Larceny Under$3500(F)-NRS 205.222.2**

| | | | |
|---|---|---|---|
| Completed | **Yes** | Hate/Bias | **None (No Bias)** |
| Entry | | Premises Entered | Domestic Violence **Tools** |
| Weapons | | Type Security | |
| Criminal Activities | | Location Type | **Department/Discount Store** |

## Victims

Name: **Target**

| | | | | |
|---|---|---|---|---|
| Victim Type | **Business** | Written Statement | Can ID Suspect | |
| Victim of | **56004 - Grand Larceny Under$3500(F)-NRS 205.222.2** | | Domestic Battery | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN | | DOB | Age | Sex | Race | Ethnicity |
| Height | Weight | Hair Color | | Eye Color | | |
| Employer/School | | | | Work Schedule | | |
| Occupation/Grade | | | | | | |
| DLN | | DL State | | DL Country | | |
| Resident | | | | Tourist Departure Date | | |
| Injury | | | | Injury Weapons | | |

| | |
|---|---|
| Addresses | |
| Business | **6480 Sky Pointe Drive Las Vegas , NV 89131  United States** |

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                                    Primary Aggressor  Determined
Intimate Relationship                                       Drug/Alcohol Involvement
Voluntary Statement                                        DV Information Provided
Injury Severity                                               Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact  **Cesar Delacruz Colin**

| | | | | | |
|---|---|---|---|---|---|
| Written Statement | | Can ID Suspect | | | |
| SSN | DOB | Age **21** | Race **Unknown** | Ethnicity **Hispanic or Latino** | |
| Sex **Male** | Height | Weight | Hair Color | Eye Color | |

**6/28/2019 2:15 PM**                                      **LLV190699999453**                                      Page 1 of 5

Employer/School
Tourist    **Resident**                    Occupation/Grade
                                           Departure Date
DLN                      DL State                    DL Country

**Addresses**
**Residence**                    ███████████████████████████
**Phones**
**Home/Residence**       ███████████

**Missing Person / Runaway**

Physical Appearance          Physical Build              Headwear Color
Skin Complexion              Eye Description             Teeth Description
Hair Length                  Hair Style                  Facial Hair
Speech Characteristics       Speech Manner               Dominate Hand
Injury or Condition                  Distinctive Jewelry
Medical Info                                             Blood Type
Headwear Color                       Probable Destination
Disappearance Type           Missing Before             How long at present address
Responsible Adult            Relationship to MP                 POB
Last seen by          Last seen where                   Last seen Date/Time
Last seen wearing                                        Fingerprints Available
Footprints Available         X-rays Available           Dental Available
Photo Attached               Corrected Vision           Circumcised

**Scars, Marks, Tattoos:**

## Dead Body Report Information
Coroner/Physician                    Coroner/Physician Name
Coroner Case #                       Coroner Seal #
Case of Death                        Date/Time Pronounced
Public Administrator                 Hospital/Mortuary
Facility Name                        Attendant Name
Photos Taken

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties

**Type:    Electronics (TV, Music, CD/DVD Players, etc...)**

Status        **Stolen**              Quantity    **2**        Value    **159.98**    Color   **Black**
Description   **Sony headphones**
Manufacturer  **Sony**              Model    ████████s      Serial No.\VIN   **n/a**
Vehicle Year                       Body Type
Lic Plate #                        Lic Plate State                    Lic Plate Exp
Insurance Company
Owner         **V - Target**
Notes:

Detailed Property Information

Length                    Width                    Height
Horse Power               Propulsion Serial #
Caliber                   Barrel Length
Features

Recovered Property Information

Recovered Date            Recovered Value
Recovered Location        Recovered Reason
Recovered By              Recovered Stock #
Owner Type                Released To
Insurance Rep.            Tow Company

6/28/2019 2:15 PM                LLV190699999453                Page 2 of 5

**Type:**   Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Status | **Stolen** | | | | Quantity | **1** | Value | **99.99** | Color | **Black** |

Status            **Stolen**
Description       **JAM Wireless Headphones**
Manufacturer      **JAM**                          Model
Vehicle Year                                       Body Type
Lic Plate #                                        Lic Plate State
Insurance Company
Owner             **V - Target**
Notes:

Quantity **1**    Value **99.99**    Color **Black**
Serial No.\VIN  **n/a**
Lic Plate Exp

**Detailed Property Information**

Length                          Width                        Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features

**Recovered Property Information**

Recovered Date                  Recovered Value
Recovered Location              Recovered Reason
Recovered By                    Recovered Stock #
Owner Type                      Released To
Insurance Rep.                  Tow Company

---

**Type:**   Electronics (TV, Music, CD/DVD Players, etc...)

Status            **Stolen**
Description       **Wireless Headphones**
Manufacturer      **AfterShokz Trez**              Model          **Headphones**
Vehicle Year                                       Body Type
Lic Plate #                                        Lic Plate State
Insurance Company
Owner             **V - Target**
Notes:

Quantity **1**    Value **99.99**    Color **Gray**
Serial No.\VIN  **n/a**
Lic Plate Exp

**Detailed Property Information**

Length                          Width                        Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features

**Recovered Property Information**

Recovered Date                  Recovered Value
Recovered Location              Recovered Reason
Recovered By                    Recovered Stock #
Owner Type                      Released To
Insurance Rep.                  Tow Company

---

**Type:**   Electronics (TV, Music, CD/DVD Players, etc...)

Status            **Stolen·**
Description       **Sony Wireless Headphones**
Manufacturer      **Sony**                         Model          **Canceling Heaphones**
Vehicle Year                                       Body Type
Lic Plate #                                        Lic Plate State
Insurance Company
Owner             **V - Target**
Notes:

Quantity **1**    Value **199.99**    Color **Black**
Serial No.\VIN  **n/a**
Lic Plate Exp

**Detailed Property Information**

Length                          Width                        Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features

**Recovered Property Information**

Recovered Date
Recovered Location
Recovered By
Owner Type
Insurance Rep.

Recovered Value
Recovered Reason
Recovered Stock #
Released To
Tow Company

**Type:**   Electronics (TV, Music, CD/DVD Players, etc...)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status | Stolen | | | Quantity | 1 | Value | 149.99 | Color | Black |

Status          Stolen                                    Quantity    1          Value    149.99    Color   Black
Description      JBL Wireless Earbuds
Manufacturer     JBL                      Model      Headphones      Serial No.\VIN    n/a
Vehicle Year                    Body Type
Lic Plate #                                                          Lic Plate Exp
Insurance Company
Owner      V - Target
Notes:

**Detailed Property Information**

Length                          Width                          Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features

**Recovered Property Information**

Recovered Date                  Recovered Value
Recovered Location              Recovered Reason
Recovered By                    Recovered Stock #
Owner Type                      Released To
Insurance Rep.                  Tow Company

## Solvability

## Modus Operandi

**MO General**                                  Surrounding Area
Occupied?                                       Specific Premise
General Premise
**MO Against Property**
Entry Point                     Exit Point                      Entry Location
Entry/Attempt Method                Entry Tool                  Vehicle Entry
Safe Entry                      Suspect Actions                 Additional Factors
Victim Location                     Electronic Locks            Video Surveillance
Maid                            Inspectress

**MO Against People**
Victim–Suspect Relationship                     Pre-Incident Contact
Victim Condition                            Suspect Solicited/Offered
Suspect Pretended to Be                         Suspect Actions
Sexual Acts                                 Vehicle Involvement

## Narrative

On the 5th of June 2019 I Assets Protection Specialist Cesar Delacruz Colin while working in Target location T-1462 6480 Sky Pointe Dr. Las Vegas NV, 89131 reviewed the following incident.
I observed a subject entering the store and quickly proceeded towards the men's clothing department with a hand basket. The subject was observed to be a male subject, approximately 6'1 190 lbs. between the ages of 23-26 years. I observed a subject wearing a white shirt, and blue shorts. The subject was observed entering the electronics department with a hand basket already filled with men's clothing merchandise. The subject was then observed quickly making 2 selections from the headphones aisle valued at $99.99 each, 2 more selections valued at $79.99, and 2 selections valued at $149.99 and $199.99. The subject placed all merchandise into the hand basket and proceeded towards the main aisle of the store. The subject was then observed proceeding towards the front of the store and began to scope the front doors. The subject was then observed passing all points of sales, failing to offer payment for the exposed merchandise. The subject then exited the store through the entrance doors and proceeded to enter a black sedan at approximately 9:43 AM. The subject then departed property with no further incident.

Patrol Follow-Up



LAS VEGAS METROPOLITAN POLICE
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106



Arrest / Detective Report

Case Report No.: **LLV190699999631**

## Administrative

| | | | |
|---|---|---|---|
| Location | 3210 North Tenaya Way  LAS VEGAS, NV 89129 | | Sector /Beat **X1** |
| Occurred On (Date / Time) | **6/11/2019 10:25:00 AM** | Or Between (Date / Time) | **6/14/2019 10:28:00 AM** |
| Reporting Officer | **9999999 - Interface, Coplogic** | Reported On | **6/14/2019** |
| Entered By | **9999999 - Interface, Coplogic** | Entered On | **6/14/2019 4:26:19 PM** |
| Supervisor | **04799 - Hibbetts, Brian**  Follow Up | Pro Squad  **ORO 1** | Follow Up |
| Jurisdiction | **Las Vegas, City of**  Report Type | **Officer Created - Sgt Approval** | Disposition  **Active** |
| Route To: | | Related Cases | |
| Connecting Reports | | | |

Assisting Officers:

## Offenses

Petit Larceny(M)-NRS 205.24
Completed   **Yes**        Hate/Bias   **None (No Bias)**
Entry                        Premises Entered                                              Domestic Violence
Weapons                                                Type Security                          Tools
Criminal Activities                                    Location Type   **Convenience Store**

## Victims

Name: **Target**

| Victim Type | **Business** | Written Statement | Can ID Suspect |
|---|---|---|---|
| Victim of | **50535 - Petit Larceny(M)-NRS 205.24** | | Domestic Battery |

| | | | | | |
|---|---|---|---|---|---|
| SSN | DOB | Age | Sex | Race | Ethnicity |
| Height | Weight | Hair Color | Eye Color | | |
| Employer/School | | | Work Schedule | | |
| Occupation/Grade | | | | | |
| DLN | DL State | | DL Country | | |
| Resident | | | Tourist Departure Date | | |
| Injury | | | Injury Weapons | | |

Addresses
Business                    3210 North Tenaya Way las vegas , NV 89120  United States

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                         Primary Aggressor  Determined
Intimate Relationship                           Drug/Alcohol Involvement
Voluntary Statement                             DV Information Provided
Injury Severity                                 Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact  **Miguel parra**

Written Statement                        Can ID Suspect

| | | | | | |
|---|---|---|---|---|---|
| SSN | DOB | Age **20** | Race **Unknown** | Ethnicity **Unknown** | |
| Sex **Male** | Height **511** | Weight **225** | Hair Color | Eye Color | |

6/28/2019 2:13 PM                        LLV190699999631                        Page 1 of 3



Employer/School  
Tourist   **Resident**                         Occupation/Grade
                                Departure Date
                DL State                          DL Country
DLN

**Addresses**
**Residence**                  ████████████████████████████
**Phones**
**Home/Residence**             ████████

**Missing Person / Runaway**

Physical Appearance                                           Headwear Color
Skin Complexion              Physical Build                   Teeth Description
Hair Length                 Eye Description                        Facial Hair
Speech Characteristics       Hair Style                      Dominate Hand
Injury or Condition            Speech Manner
Medical Info                        Distinctive Jewelry
Headwear Color                                         Blood Type
Disappearance Type                    Probable Destination
Responsible Adult           Missing Before        How long at present address
Last seen by              Relationship to MP                      POB
Last seen wearing      Last seen where              Last seen Date/Time
Footprints Available                                  Fingerprints Available
Photo Attached              X-rays Available          Dental Available
                            Corrected Vision          Circumcised

**Scars, Marks, Tattoos:**

**Dead Body Report Information**
Coroner/Physician                        Coroner/Physician Name
Coroner Case #                           Coroner Seal #
Case of Death                            Date/Time Pronounced
Public Administrator                     Hospital/Mortuary
Facility Name                            Attendant Name
Photos Taken

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties

**Type:**   **Misc. (Cell Phones, Bicycles, Worthless Doc, items not listed)**

Status         **Stolen**              Quantity   1        Value   **449.99**   Color   **Gold**
Description     **vacuum**
Manufacturer    **shark vaccum**     Model      **n/a**      Serial No.\VIN   **n/a**
Vehicle Year                 Body Type
Lic Plate #                   Lic Plate State              Lic Plate Exp
Insurance Company
Owner           **V - Target**
Notes:

**Detailed Property Information**

Length                       Width                       Height
Horse Power                  Propulsion Serial #
Caliber                      Barrel Length
Features

**Recovered Property Information**

Recovered Date               Recovered Value
Recovered Location           Recovered Reason
Recovered By                 Recovered Stock #
Owner Type                   Released To
Insurance Rep.               Tow Company

6/28/2019 2:13 PM            LLV190699999631                    Page 2 of 3

## Solvability

## Modus Operandi

**MO General**
Occupied?
General Premise

Surrounding Area
Specific Premise

**MO Against Property**
Entry Point
Entry/Attempt Method
Safe Entry
Victim Location
Maid

Exit Point
    Entry Tool
Suspect Actions
    Electronic Locks
Inspectress

Entry Location
Vehicle Entry
Additional Factors
Video Surveillance

**MO Against People**
Victim-Suspect Relationship
Victim Condition
Suspect Pretended to Be
Sexual Acts

Pre-Incident Contact
Suspect Solicited/Offered
Suspect Actions
Vehicle Involvement

## Narrative

On June 11,2019 I APS Miguel Parra observed an unknown black male subject HT:6'2  WGT: 180H: BLACK E: N/A enter the store and will proceed to our domestics department. the black male subject would be observed entering the department and will make a selection of a shark vacuum. the black male subject would be observed  making his way to the front of the store and will make his way towards our exit. the black male subject would observed passing all points of sales and will fail to provide payment fro the exposed merchandise in hand. The black male subject would enter into a four door black Audi with unknown plates and leave  the property without further incident.

Patrol Follow-Up

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106



Case Report No.: **LLV190699999630**

Arrest / Detective Report

## Administrative

| | | | |
|---|---|---|---|
| Location | 3210 North tenaya Way  LAS VEGAS, NV 89129 | | Sector /Beat **X1** |
| Occurred On (Date / Time) | **6/13/2019 9:25:00 AM** | Or Between (Date / Time) | **6/13/2019 9:34:00 AM** |
| Reporting Officer | **9999999 - Interface, Coplogic** | Reported On **6/14/2019** | |
| Entered By | **9999999 - Interface, Coplogic** | Entered On **6/14/2019 4:36:58 PM** | |
| Supervisor | **04799 - Hibbetts, Brian** | Follow Up | Pro Squad **ORO 1** | Follow Up |
| Jurisdiction | **Las Vegas, City of** | Report Type **Officer Created - Sgt Approval** | Disposition **Active** |
| Route To: | | Related Cases | |
| Connecting Reports | | | |

Assisting Officers:

## Offenses

Grand Larceny Under$3500(F)-NRS 205.222.2

| | | | |
|---|---|---|---|
| Completed | **Yes** | Hate/Bias | **None (No Bias)** | Domestic Violence |
| Entry | | Premises Entered | Tools |
| Weapons | | Type Security | |
| Criminal Activities | | Location Type **Convenience Store** | |

## Victims

Name: <u>Target</u>

| | | | | |
|---|---|---|---|---|
| Victim Type | **Business** | Written Statement | Can ID Suspect |
| Victim of | **56004 - Grand Larceny Under$3500(F)-NRS 205.222.2** | | Domestic Battery |

| | | | | | |
|---|---|---|---|---|---|
| SSN | DOB | Age | Sex | Race | Ethnicity |
| Height | Weight | Hair Color | Eye Color | | |
| Employer/School | | | | | |
| Occupation/Grade | | | Work Schedule | | |
| DLN | DL State | | DL Country | | |
| Resident | | | Tourist Departure Date | | |
| Injury | | | Injury Weapons | | |

Addresses
Business            3210 North tenaya Way las vegas , NV 89129  United States

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                         Primary Aggressor  Determined
Intimate Relationship                           Drug/Alcohol Involvement
Voluntary Statement                             DV Information Provided
Injury Severity                                 Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact  <u>Miguel  Parra</u>

| | | | | | |
|---|---|---|---|---|---|
| Written Statement | | Can ID Suspect | | | |
| SSN | DOB | ████ | Age **20** | Race **Unknown** | Ethnicity **Unknown** |
| Sex **Male** | Height **511** | Weight **225** | Hair Color | Eye Color | |

6/28/2019 2:13 PM                         LLV190699999630                         **Page 1 of 3**

Employer/School
Tourist   **Resident**                          Occupation/Grade
DLN                          DL State            Departure Date          DL Country

**Addresses**
**Business**                 ███████████████████████████
**Phones**
**Home/Residence**           ████████████

**Missing Person / Runaway**

Physical Appearance                    Physical Build                      Headwear Color
Skin Complexion                        Eye Description                     Teeth Description
Hair Length                            Hair Style                              Facial Hair
Speech Characteristics                     Speech Manner                       Dominate Hand
Injury or Condition                           Distinctive Jewelry
Medical Info                                                          Blood Type
Headwear Color                               Probable Destination
Disappearance Type            Missing Before              How long at present address
Responsible Adult                Relationship to MP                          POB
Last seen by                Last seen where                        Last seen Date/Time
Last seen wearing                                               Fingerprints Available
Footprints Available          X-rays Available                   Dental Available
Photo Attached                Corrected Vision                   Circumcised

**Scars, Marks, Tattoos:**

## Dead Body Report Information
Coroner/Physician                      Coroner/Physician Name
Coroner Case #                         Coroner Seal #
Case of Death                          Date/Time Pronounced
Public Administrator                   Hospital/Mortuary
Facility Name                          Attendant Name
Photos Taken

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties
_____

**Type:   Misc. (Cell Phones, Bicycles, Worthless Doc, Items not listed)**

Status        **Stolen**                          Quantity    **2**        Value    **389.98**    Color   **Black**
Description    **vacuum**
Manufacturer   **dyson**              Model        **n/a**          Serial No.\VIN   **n/a**
Vehicle Year                  Body Type
Lic Plate #                   Lic Plate State                     Lic Plate Exp
Insurance Company
Owner    **V - Target**
Notes:

Detailed Property Information

Length                        Width                        Height
Horse Power                   Propulsion Serial #
Caliber                       Barrel Length
Features

Recovered Property Information

Recovered Date                Recovered Value
Recovered Location            Recovered Reason
Recovered By                  Recovered Stock #
Owner Type                    Released To
Insurance Rep.                Tow Company


A.27

## Solvability

## Modus Operandi

**MO General**
Occupied?
General Premise

Surrounding Area
Specific Premise

**MO Against Property**
Entry Point
Entry/Attempt Method
Safe Entry
Victim Location
Maid

Exit Point
    Entry Tool
Suspect Actions
    Electronic Locks
Inspectress

Entry Location
Vehicle Entry
Additional Factors
Video Surveillance

**MO Against People**
Victim-Suspect Relationship
Victim Condition
Suspect Pretended to Be
Sexual Acts

Pre-Incident Contact
Suspect Solicited/Offered
    Suspect Actions
Vehicle Involvement

## Narrative

On June 13, 2019 I APS (Asset Protection specialists) I Miguel Parra observed an unknown black male subject HT:6'3  WGT:180 H :BLACK  E: N/A enter the store and will proceed to the domestic department and will select two Dyson vacuums off the sales floor. the black male subject would then proceed to the exit failing to provide payment for the exposed merchandise. the black male subject would be observed failing to provide nonpayment  for the exposed merchandise. the black male subject would be observed entering into a four door black Audi.

**Patrol Follow-Up**

LAS VEGAS METROPOLITAN POLICE  Case Report No.: **LLV190600124188**
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106                       Arrest / Detective Report

## Administrative

| | | | | | |
|---|---|---|---|---|---|
| Location | 3210 N Tenaya Way Las Vegas, NV 89129 | | | Sector /Beat | X1 |
| Occurred On (Date / Time) | Wednesday 6/26/2019 11:42:00 AM | Or Between (Date / Time) | | | |
| Reporting Officer | A16950D - Daykin, Austin | Reported On | 6/26/2019 | | |
| Entered By | A16950D - Daykin, Austin | Entered On | 6/26/2019 3:55:47 PM | | |
| Supervisor | 06576 - Green, Latoya | Follow Up | Pro Squad | NW 20 Clerical | Follow Up |
| Jurisdiction | Las Vegas, City of | Report Type | | | Disposition | Active |

Route To:
Connecting Reports          **Voluntary Statement**
                            **Victim Information Guide**
                            **Property Rpt**
                            **Photo Attached**

**Assisting Officers:**

## Offenses

**Petit Larceny(M)-NRS 205.24**
| | | | | |
|---|---|---|---|---|
| Completed | Yes | Hate/Bias | None (No Bias) | Domestic Violence |
| Entry | | Premises Entered | | Tools |
| Weapons | | | Type Security | |
| Criminal Activities | | | Location Type | Department/Discount Store |

## Victims

Name: **Target (T-0826)**

| | | | | |
|---|---|---|---|---|
| Victim Type | **Business** | Written Statement | | Can ID Suspect |
| Victim of | **50535 - Petit Larceny(M)-NRS 205.24** | | | Domestic Battery |
| SSN | DOB | | Sex | Race | Ethnicity |
| Height | Weight | Hair Color | Eye Color | |
| Employer/School | | | | |
| Occupation/Grade | | Work Schedule | | |
| DLN | DL State | DL Country | | |
| Resident | | Tourist Departure Date | | |
| Injury | | Injury Weapons | | |

Addresses
Business                      3210 N Tenaya Way Las Vegas, NV  89129 Clark United States

Phones
Business/Work         702645540

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                Primary Aggressor  Determined
Intimate Relationship                  Drug/Alcohol Involvement
Voluntary Statement                    DV Information Provided
Injury Severity                        Medical Attention
Photos Taken

Notes:

## Suspects

Name: **Unk**

| | | | | | |
|---|---|---|---|---|---|
| Written Stmt. | **No** | Alerts | | Non-English | Language |

Aliases
Moniker

| | | | | | |
|---|---|---|---|---|---|
| Scope ID | DOB | | Age | **30** | SSN | Handedness | **Right** |
| Race | **Black or African** | Ethnicity | **Not Hispanic or Latino** | Build | **Medium** | |

7/17/2019 5:21 PM                    LLV190600124188                    Page 1 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | **American**<br>**Male** | Height | **6' 2"** | Weight | **200** | Hair Color | **Brown** | Eye Color | **Brown** |

Employer/School                                          Occupation/Grade

| | | | |
|---|---|---|---|
| Hair.Length | **Short** | Hair Style | **Afro** | Eyes | **Normal** |
| Complexion | **Dark** | Facial hair | **Unshaven/Stubble** | Teeth | **Normal** |
| Appearance | **Casual Clothes** | | Injury/Condition | |
| Speech manner | | | Speech Characteristics | |
| DLN | | DL State | | DL Country | | Place of Birth |
| Resident | **Unknown** | | Tourist Departure | | **Did Not Speak** |
| Habitual Offender Status | | | | MO Factors | **Entered Building Known to Be Occupied** |

Primary Means of Attack/Weapon                    Weapon Features
Employer/School                                            Occupation/Grade

**Scars, Marks and Tattoos**

| | | |
|---|---|---|
| Tattoo | **Arm, left** | **Sleeve tattoos** |
| Tattoo | **Arm, right** | **sleeve tattoos** |

**Addresses**
Other                                    **Unk**

**Phones**

**Domestic Violence Information**

| | | |
|---|---|---|
| TPO in Effect | Drug/Alcohol Involvement | Voluntary Statement |
| Injury Severity | Medical Attention | DV Info provided |
| Photos Taken | Suspect Demeanor | |

Notes:

## Arrestees

## Witnesses

Witness Name: <u>Parra, Miguel</u>

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Written Statement | **Yes** | | Can ID Suspect | **Yes** | | Testify | | |
| SSN | | DOB | ▮ | Age | **20** | Race | **White** | Ethnicity | **Hispanic or Latino** |
| Sex | **Male** | Height | **5' 11"** | Weight | **225** | Hair Color | **Brown** | Eye Color | **Brown** |

**Addresses**
Business
Residence                ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Phones**
Business/Work        ▮▮▮▮▮▮

Notes:

## Other Entities

## Properties

Type:      **Household Items and Appliances**

| | | | | | | |
|---|---|---|---|---|---|---|
| Status | **Stolen** | | | Quantity | **1** | Value | **299.99** | Color | **Multi-colored** |
| Description | **Dyson Vacuum Cleaner Model** ▮ | | | | | | |
| Manufacturer | **Dyson Vacuum** | | Model | ▮▮▮▮ | Serial No.\VIN | **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** | |
| Vehicle Year | | Body Type | | | | |
| Lic Plate # | | Lic Plate State | | | | Lic Plate Exp | |
| Insurance Company | | | | | | |
| Owner | **V - Target (T-0826)** | | | | | |

Notes:

**Detailed Property Information**

| | | |
|---|---|---|
| Length | Width | Height |
| Horse Power | Propulsion Serial # | |
| Caliber | Barrel Length | |
| Features | | |

Recovered·Property Information

| | |
|---|---|
| Recovered Date | Recovered Value |
| Recovered Location | Recovered Reason |
| Recovered By | Recovered Stock # |
| Owner Type | Released To |
| Insurance Rep. | Tow Company |

## Solvability

## Modus Operandi

**MO General**

| | | | | | |
|---|---|---|---|---|---|
| Occupied? | Yes | | Surrounding Area | **Middle of Block** | |
| General Premise | **Retail Business** | | Specific Premise | **Room** | |

**MO Against Property**

| | | | | | | |
|---|---|---|---|---|---|---|
| Entry Point | **Door** | | Exit Point | **Door** | Entry Location | **Door** |
| Entry/Attempt Method | **Admitted-No Force** | | Entry Tool | | Vehicle Entry | |
| Safe Entry | | | Suspect Actions | **Selective in Loot** | Additional Factors | |
| | | | | **Shoplifting** | | |
| Victim Location | | | Electronic Locks | **Yes** | Video Surveillance | **Yes** |
| Maid | | | Inspectress | | | |

**MO Against People**

| | | |
|---|---|---|
| Victim-Suspect Relationship | | Pre-Incident Contact |
| Victim Condition | | Suspect Solicited/Offered |
| Suspect Pretended to Be | | Suspect Actions |
| Sexual Acts | | Vehicle Involvement |

## Narrative

On June 26, 2019 at approximately 1555 hours, Target (T-0826) Assets Protection Specialist Miguel Parra~~████████~~) filed the following incident at NWAC:

On June 26, 2019 at approximately 1142 hours, an unknown black male adult wearing a grey t-shirt, camo cargo shorts, camo baseball cap and black shoes entered the Target (T-0826) located at 3210 N Tenaya Way, Las Vegas, NV 89129. Parra, via Target CCTV surveillance cameras, observed the subject proceed towards the domestics department. The subject then selected one Dyson Vacuum cleaner (model ~~████████~~ valued at $299.99 off of the sales floor and proceed towards the front of the store with the vacuum cleaner in hand. The subject then passed all points of sale, failed to offer payment for the vacuum cleaner and exit the store. The subject was seen entering a black four-door newer-model Audi sedan with unknown plates and leave in an unknown direction of travel.

Parra stated that the subject appears to be the same subject from a previous petit larceny incident at another unknown Target. An image of the subject from this incident as well as from the prior incident were scanned into OnBase. An image of the subjects vehicle was also scanned into OnBase. Parra provided a copy of the surveillance footage showing the incident, which was uploaded by myself, Officer A. Daykin P# 16950, at NWAC.

Patrol Follow-Up

**Infotrak Investigative Query**
IIQ LRMS 5.6.10

# MOTOROLA

Home

┌ **Incident Detail**

Logout

**Incident 19-15295**

Site Availability

Incident Description

Help

CAD Ref#: LHP190709000455   Reported: 7/9/2019 1:14:00   Officer: KOHUT ,
PM                MARK

Start: 6/30/2019 11:50:00   Dispatched: 7/9/2019 1:14:29   Agency: HP

Last Search         AM                PM
Result

Show My             End: 6/30/2019 12:03:00   Arrived: 7/9/2019 1:33:02
Queries             PM                PM

Show My         Location: 695 S GREEN VALLEY PKWY HENDERSON NV 89052
Notifications

Master           Current ADMINISTRATIVELY CLOSED              Date: 7/9/2019
Disposition:
Events
Exceptional
Property         Clearance:

Incident MO      Narratives
Search

| Date | Author | Subject | Comment |
| --- | --- | --- | --- |
| 7/9/2019 2:05:00 PM | KOHUT, MARK | FBR NARRATIVE | On 07/09/19 at 1313 hours I, Officer M. Kohut #2287 was dispatched to the Target located at 695 S. Green Valley Pkwy Henderson, NV reference a petit larceny that occurred on 06/30/19. |

Context Search

Freedom of
Information
Report

Ext. Reports

I contacted the loss prevention officer, Molly Morer, who
advised the following;

After completing a video review, she observed a thin black
male with dreads walk into the store at approximately 1152
hours. He proceeds to the small appliance department and
selects an iRobot vacuum valued at $499.99. He proceeds to
the front of the store and passes all points of sales without
attempting to pay. He left the businesses in an unidentified
vehicle.

At approximately 1200 hours, another black male enters the
property eight minutes after the first suspect. He too proceeds
to the small appliance department and selects a Dyson
vacuum valued at $599.99. He proceeds to the front of the
store and passes all points of sales without attempting to pay.
He left the businesses in an unidentified vehicle separate from
the first suspect.

Molly advised the Las Vegas and Stephanie Target stores
have been victims of theft with same to suspects stealing high
priced appliance items.

Molly completed a written witness statement and a copy of
the video surveillance footage of the crime. The DVD was

later booked into evidence at the main station.

Due to the fact I am unable to identify suspect, I recommend this case be closed until further leads can be developed.

CC: None
Case Status: Closed
Attachments: Yes
MVICS: No

## Associated Offenses

| Code | Description | Attempted/ Completed |
|------|-------------|----------------------|
| 205.240 | PETIT LARCENY | Completed |

## Associated Persons

| Name | Sex | Race | DOB | Involvement | Offense | Attempted/ Completed | Disposition |
|------|-----|------|-----|-------------|---------|----------------------|-------------|
| UNKNOWN , UNKNOWN | M | B | 6/30/1994 11:50:00 AM | SUSPECT | 205.240 PETIT LARCENY | Completed | |
| UNKNOWN , UNKNOWN | M | B | 6/30/1994 11:50:00 AM | SUSPECT | 205.240 PETIT LARCENY | Completed | |
| MORER , MOLLY LYNN | F | W | 9/6/1994 | COMPLAINANT | | | |

## Associated Businesses

| Name | Address | Involvement | Offense | Attempted/ Completed |
|------|---------|-------------|---------|----------------------|
| TARGET | 695 S GREEN VALLEY PKWY HENDERSON NV | VICTIM | | |

## Associated Property

| SN/ OAN | Type | Make | Description | Current Status |
|---------|------|------|-------------|----------------|
| [N/A] | VACUUM CLEANER, ELECTRIC BROOM, SWEEPER | IROBOT BLACK | VACUUM | 7/9/2019 2:05:00 PM STOLEN |
| [N/A] | VACUUM CLEANER, ELECTRIC BROOM, SWEEPER | DYSON BLACK | VACUUM | 7/9/2019 2:05:00 PM STOLEN |

## Associated Events

| Date | Association | Agency | Type | Ref# |
|------|-------------|--------|------|------|
| 7/15/2019 5:47:00 PM | CROSS REFERENCE | HP | Incident | 19-15767 |

Audit

| Created: | 7/10/2019 4:47:17 PM | User: | ALEXANDER | Agency: | HP |
|---|---|---|---|---|---|

Printer Friendly Version

Query resolved in 0 seconds.

Page refreshed 7/18/2019 6:41:28 PM (seekatzb)

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106



Arrest / Detective Report

Case Report No.: **LLV190799999860**

## Administrative

| | | | | |
|---|---|---|---|---|
| Location | 8750 West Charleston Boulevard  LAS VEGAS, NV 89145 | | Sector /Beat | V4 |
| Occurred On (Date / Time) | 7/3/2019 4:46:00 PM | Or Between (Date / Time) | 7/3/2019 4:48:00 PM | |
| Reporting Officer | 9999999 - Interface, Coplogic | Reported On | 7/4/2019 | |
| Entered By | 9999999 - Interface, Coplogic | Entered On | 7/4/2019 4:19:11 PM | |
| Supervisor | 04799 - Hibbetts, Brian | Follow Up | Pro Squad  ORO 1 | Follow Up |
| Jurisdiction | Las Vegas, City of | Report Type  **Officer Created - Sgt Approval** | | Disposition  **Active** |
| Route To: | | Related Cases | | |
| Connecting Reports | | | | |

Assisting Officers:

## Offenses

**Petit Larceny(M)-NRS 205.24**

| | | | | |
|---|---|---|---|---|
| Completed | Yes | Hate/Bias | None (No Bias) | Domestic Violence |
| Entry | | Premises Entered | | Tools |
| Weapons | | | Type Security | |
| Criminal Activities | | | Location Type  **Department/Discount Store** | |

## Victims

Name: <u>Target Corporation</u>

| | | | | | |
|---|---|---|---|---|---|
| Victim Type | **Business** | Written Statement | | Can ID Suspect | |
| Victim of | **50535 - Petit Larceny(M)-NRS 205.24** | | | Domestic Battery | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN | | DOB | Age | Sex | Race | Ethnicity |
| Height | | Weight | Hair Color | Eye Color | | |
| Employer/School | | | | Work Schedule | | |
| Occupation/Grade | | | | DL Country | | |
| DLN | | DL State | | Tourist Departure Date | | |
| Resident | | | | Injury Weapons | | |
| Injury | | | | | | |

Addresses
Business          8750 West Charleston Boulevard Las Vegas, NV 89117  United States

Phones

Email

Offender Relationships
Domestic Violence Information
Relationship to Suspect                    Primary Aggressor  Determined
Intimate Relationship                       Drug/Alcohol Involvement
Voluntary Statement                        DV Information Provided
Injury Severity                                Medical Attention
Photos Taken

Notes:

## Suspects

## Arrestees

## Witnesses

## Other Entities

Name: Contact <u>Eliza Hall</u>

| | | | | | |
|---|---|---|---|---|---|
| Written Statement | | Can ID Suspect | | | |
| SSN | DOB | | Age  **20** | Race  **White** | Ethnicity  **Not Hispanic or Latino** |
| Sex  **Female** | Height | | Weight | Hair Color | Eye Color |

Employer/School
Tourist   Resident                         Occupation/Grade
DLN                                        Departure Date
DLN                        DL State                          DL Country

**Addresses**
Business
**Phones**
Home/Residence

**Missing Person / Runaway**

Physical Appearance                Physical Build              Headwear Color
Skin Complexion                    Eye Description             Teeth Description
Hair Length                        Hair Style                        Facial Hair
Speech Characteristics             Speech Manner                 Dominate Hand
Injury or Condition                         Distinctive Jewelry
Medical Info                                        Blood Type
Headwear Color                        Probable Destination
Disappearance Type           Missing Before          How long at present address
Responsible Adult            Relationship to MP                      POB
Last seen by                                   Last seen Date/Time
Last seen wearing       Last seen where         Fingerprints Available
Footprints Available         X-rays Available       Dental Available
Photo Attached               Corrected Vision       Circumcised

**Scars, Marks, Tattoos:**

**Dead Body Report Information**
Coroner/Physician                  Coroner/Physician Name
Coroner Case #                     Coroner Seal #
Case of Death                      Date/Time Pronounced
Public Administrator               Hospital/Mortuary
Facility Name                      Attendant Name
Photos Taken

Synopsis

Investigation

Scene

Body

Evidence at Scene

Notes:

## Properties

Type:      **Household Items and Appliances**

Status       **Stolen**                              Quantity    **1**        Value   **379**    Color   **Black**
Description  **Black Espresso Machine in a brown box**
Manufacturer **Nespresso**              Model   **Lattissima One**      Serial No.\VIN
Vehicle Year                        Body Type
Lic Plate #                         Lic Plate State                      Lic Plate Exp
Insurance Company
Owner        **V - Target Corporation**
Notes:

Detailed Property Information

Length                          Width                         Height
Horse Power                     Propulsion Serial #
Caliber                         Barrel Length
Features .

Recovered Property Information

Recovered Date                  Recovered Value
Recovered Location              Recovered Reason
Recovered By                    Recovered Stock #
Owner Type                      Released To
Insurance Rep.                  Tow Company

## Solvability

## Modus Operandi

**MO General**
Occupied?                                    Surrounding Area
General Premise                              Specific Premise
**MO Against Property**
Entry Point                    Exit Point                    Entry Location
Entry/Attempt Method              Entry Tool                 Vehicle Entry
Safe Entry                     Suspect Actions               Additional Factors
Victim Location                   Electronic Locks           Video Surveillance
Maid                           Inspectress

**MO Against People**
Victim-Suspect Relationship                  Pre-Incident Contact
Victim Condition                          Suspect Solicited/Offered
Suspect Pretended to Be                       Suspect Actions
Sexual Acts                               Vehicle Involvement

## Narrative

On Wednesday July 3rd 2019, at 1646 subject enters the store through the east most doors. Subject is described being an African-American male, medium build, weighing approximately 170LBS, with an approximate height of 6'0". Subject is described wearing a white T-shirt, black pants, and black shoes. Upon entering the store, subject proceeds towards small appliances.
At 1646 subject is described making a selection on (1) Nespresso machine valued at $379. After selection subject proceeds towards the east most doors. At 1647 subject passes all points of sale without rendering payment and exits the east most doors. Subject is described departing the property at 1648 in a dark colored sedan with no license plate. The total amount known/proven loss to Target is $379. All video has been preserved and is available upon request.

Patrol Follow-Up



**MOTOROLA**

Home

Logout

Site Availability

Help

Last Search Result

Show My Queries

Show My Notifications

Master

Events

Property

Incident MO Search

Context Search

Freedom of Information Report

Ext. Reports

## Incident Detail

**Incident 19-15767**

Incident Description

CAD Ref#: LHP190715000801    Reported: 7/15/2019 5:53:00 PM    Officer: WIENER, JEFFREY

Start: 7/15/2019 5:47:00 PM    Dispatched: 7/15/2019 5:53:36 PM    Agency: HP

End: 7/15/2019 5:53:00 PM    Arrived: 7/15/2019 5:58:33 PM

Location: 695 S GREEN VALLEY PKWY HENDERSON NV 89052

Current Disposition: ADMINISTRATIVELY CLOSED    Date: 7/16/2019

Exceptional Clearance:

Narratives

| Date | Author | Subject | Comment |
|---|---|---|---|
| 7/15/2019 6:00:00 PM | WIENER, JEFFREY | FBR NARRATIVE | On 7/15/19 at approximately 1753 hours Ofc. D. Young 2497 and I Ofc. J. Wiener 1102 were dispatched to Target located at 695 S. Green Valley Parkway in reference a grand larceny. |

Upon arrival we made contact with the Asset Protection Manager, later identified as Molly Morer DOB ▮▮▮▮ who advised the following:

A black male about 30-40 years old in black walked into the store at about 1747 hours and proceeded to the vacuum display, where he selected two IRobot vacuums ▮▮▮▮ valued at $399.99 ea and passed all points of payment exiting the store at about 1751 hours with both vacuums ($799.98).

Molly stated that she was able to later determine from video surveillance that he male walked to a parked black Audi 4dr sedan and drove away.

Molly also advised that this same suspect was involved in the same type of theft under HPD DR# 19-15295.

Molly provided me with a witness statement and a copy of the video surveillance that I later impounded into digital evidence at the West Substation.

At this time there is no further suspect information. I am requesting this case be closed pending further investigative leads.

Due to this suspect being involved in multiple thefts known
to the victim, I am requesting this case be CC to Property
for review.

CC: Property
Attachments: Yes
MVICS: Yes
Case Closed.

**Associated Offenses**

| Code | Description | Attempted/ Completed |
|------|-------------|----------------------|
| 205.222.2 | GRAND LARCENY, PROPERTY < $3500 | Completed |

**Associated Persons**

| Name | Sex | Race | DOB | Involvement | Offense | Attempted/ Completed | Disposition |
|------|-----|------|-----|-------------|---------|----------------------|-------------|
| UNKNOWN | M | B | ▆▆▆ 5:47:00 PM | SUSPECT | 205.222.2 GRAND LARCENY, PROPERTY < $3500 | Completed | |
| MORER , MOLLY LYNN | F | W | ▆▆▆ | COMPLAINANT | | | |

**Associated Businesses**

| Name | Address | Involvement | Offense | Attempted/ Completed |
|------|---------|-------------|---------|----------------------|
| TARGET | 695 S GREEN VALLEY PKWY HENDERSON NV | VICTIM | | |

**Associated Property**

| SN/ OAN | Type | Make | Description | Current Status |
|---------|------|------|-------------|----------------|
| [N/A] | VACUUM CLEANER, ELECTRIC BROOM, SWEEPER | IROBOT VACCUUM WHITE | IROBOT VACCUUMS (2EA.) $399.99 DPCI: 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 | 7/15/2019 6:00:00 PM STOLEN |

**Associated Vehicles**

| Registration | Make | Model | Year | Color | Status |
|--------------|------|-------|------|-------|--------|
| [N/A] | AUDI | | | BLACK | |

**Associated Events**

| Date | Association | Agency | Type | Ref# |
|------|-------------|--------|------|------|
| 6/30/2019 11:50:00 AM | CROSS REFERENCE | HP | Incident | 19-15295 |

**Audit**

Created: 7/17/2019 4:34:05 PM     User: ALEXANDER     Agency: HP



Las Vegas Metropolitan Police Department

Lineup ID: 47987

18 Jul 2019

Copyright © 2004 All rights reserved. ImageWare Systems, Inc.

FOR OFFICIAL USE ONLY

# Las Vegas Metropolitan Police Department

LLV190699999155          Lineup ID: 47987          18 Jul 2019



**1** 2746779
DILLARD, KEITH

**2** 2803279
COWART, DMARCO

**3** 2633147
CLEVELAND, MARTELL

**4** 2701938
WALKER, DAVID

**5** 7068350
ANDERSON, MICAH

**6** 5857175
CARD, GLEN

FOR OFFICIAL USE ONLY

Copyright © 2004 All rights reserved. ImageWare Systems, Inc.

p.91

Printer Friendly Version

Query resolved in 0 seconds.

Page refreshed 7/18/2019 6:48:22 PM (seekatzb)

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## PHOTO LINE-UP WITNESS INSTRUCTIONS

EVENT #: __LLV190699999455__

NAME: Aar SANCHEZ

INTERVIEWED BY: iL · Summers 14109

ADDRESS: ▮▮▮▮▮▮▮▮▮▮

LOCATION: Kohl's

PHONE NUMBER: ▮▮▮▮▮

DATE & TIME: July 18, 2019  1720

"In a moment I am going to show you a group of photographs. This group of photographs may or may not contain a picture of the person who committed the crime now being investigated. The fact that the photos are being shown to you should not cause you to believe or guess that the guilty person has been caught. You do not have to identify anyone. It is just as important to free innocent persons from suspicion as it is to identify those who are guilty. Please keep in mind that hair styles, beards, and mustaches are easily changed. Also, photographs do not always depict the true complexion of a person - it may be lighter or darker than shown in the photo. You should pay no attention to any markings or numbers that may appear on the photos. Also, pay no attention to whether the photos are in color or black and white, or any other difference in the type or style of the photographs. You should study only the person shown in each photograph. Please do not talk to anyone other than Police Officers while viewing the photos. You must make up your own mind and not be influenced by other witnesses, if any. When you have completed viewing all the photos, please tell me whether or not you can make an identification. If you can, tell me in your own words how sure you are of your identification. Please do not indicate in any way to other witnesses that you have or have not made an identification. Thank you."

SIGNED: _(signature)_

DATE & TIME: 7/18/19  1720

STATEMENT:

I believe subject number 4 is the suspect in the Dyson theft on 7/17/19 at Kohl's # 1391. Looks like the subject from 7/17/19 due to the high cheek bones.

SIGNED: _(signature)_

DATE & TIME: 5:22 7/18/19

OFFICER'S NAME & P#: K. J__ 14109

PHOTO LINE ID#:

LVMPD 104 (Rev. 11/16) WORD 2010

Exhibit B

Exhibit B



*Georgia Lee Cooper*

**ARY PALLBEARERS**

ACKNOWL

*The family of Georgia Cooper*
*thanks for all the kindness shown to them in their time*

*May God bless all of you.*

3610 N. Rancho
Las Vegas, NV 89130



[Requesting Stamped Filed Copy]

# INSTRUCTIONS TO THE SHERIFF

### CLARK COUNTY, NEVADA

Name: David Leroy Walker #1195392
Address: S.D.C.C   P O Box 208
dndian Springs   Nv   89070

Plaintiff,

—vs—

Name: Las Vegas Metropolitan Poke Dept
Address: 400 S martin luther king Blvd
Las Vegas   Nv   89106

Defendant,

District Court

Court (District, Justice Municipal,
Other)

CASE NO. _____

Joe Lombardo

SHERIFF OF THE COUNTY OF CLARK

$ 0

Storage Deposit or Fees Collected

You are hereby instructed to Produce Names by virtue of the accompanying Writ, in the above entitled suit, by following instructions below:

Produce the names of Facial Recognition Tecks that identified the Plaintiff on David Leroy Walker in case number 19F18047X. Date of incident is July 11th, 2019   Event number LLV 190699999455

_____
_____
_____
_____
_____
_____

It is hereby acknowledged that vague or other wise unenforceable instructions shall not be processed and will be returned to the **preparer for redrafting.** Bench Warrants must include DOB, and Social Security Number.  Instructions to execute on vehicles must include VIN#, make model, year, Lic # and color.  All other personal or real property attached or executed upon must have a complete description.  Advance money deposit is required with all instructions on property to be placed in storage or in custody of a keeper. (NRS 31.065) Incomplete or unsigned instructions will not be accepted for service.

5·9·2020

Date

X _____

Signature of Attorney or Litigant

SDcc
P O Box 208   dndian Springs Nv S9070

Address                          Telephone

**RECEIVED**

Type or Print Name and Business

MAY 15 2020

CLERK OF THE COURT

David LeRoy Walker Jr #1195392
P.O. Box 208
Indian Springs, NV 89070

Clerk Of The Court
200 Lewis Ave. 3rd Floor
Las Vegas, NV 89155