**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for KIN, Inc.; Art Sanchez; Michelle Gas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| David Leroy Walker,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Kohl's, Inc.; Target, Inc.; Las Vegas Metro Police; Joe Lombardo; K. Summers; Art Sanchez; Brian Cornell; Cesar Delacruz; Molly Morer; Miguel Parra; Eliza Hall; Michelle Gas,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-1462<br><br>**Stipulation and Order To Dismiss Michelle Gas Without Prejudice** |

The parties stipulate to dismiss Defendant Michelle Gas without prejudice.

DATED this 13th day of January, 2021.　　　　DATED this 13th day of January, 2021

**WILSON ELSER**　　　　　　　　　　　　　　HURTIK LAW & ASSOCIATES
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

_/s/ Michael P. Lowry_　　　　　　　　　　　　_/s/ Jonathan Patterson_
MICHAEL P. LOWRY, ESQ.　　　　　　　　JONATHAN PATTERSON, ESQ.
Nevada Bar No. 10666　　　　　　　　　　　Nevada Bar No. 9644
JONATHAN C. PATTILLO, ESQ.　　　　　6767 W. Tropicana Ave., Suite 200
Nevada Bar No. 13929　　　　　　　　　　　Las Vegas, Nevada 89103
6689 Las Vegas Blvd. South, Suite 200　　Attorney for Plaintiff
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for KIN, Inc.; Art Sanchez; Michelle Gas

**Order**

The parties stipulate to dismiss Defendant Michelle Gas without prejudice.



RICHARD F. BOULWARE, II
United States District Court

DATED this 13th day of January, 2021.