# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LEROY WALKER,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S INC., ET AL.,<br><br>Defendants. | Case No. 2:20-cv-01462-RFB-DJA<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to Service (ECF No. 21), filed on January 13, 2021. In response to the Clerk's Notice of the 4(m) dismissal deadline (ECF No. 20), Plaintiff seeks an extension of 60 days, up to and including March 12, 2021 to complete service on the unserved defendants. Plaintiff's counsel represents that he recently appeared in October 2020 and then Plaintiff was transferred to a new prison in Carson City, which has made obtaining documents from Plaintiff difficult given COVID-19 precautions. The Court finds that Plaintiff has presented good cause to extend the deadline to complete service by 60 days for the following unserved defendants: Target Inc., Las Vegas Metro Police Joe Lombardo, K Summers, Brian Cornell, Molly Morer, Miguel Parra, Eliza Hall, and Cesar Delacruz.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time to Serve (ECF No. 21) is **granted**.

DATED: January 20, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE