UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LEROY WALKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KOHL'S INC., et al<br><br>　　　　　Defendants. | Case No. 2:20-cv-01462-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**DAVID LEROY WALKER, #1195392** |

TO:　　KYLE OLSEN, WARDEN, WARM SPRINGS CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **DAVID LEROY WALKER, #1195392**, is presently in custody of the Nevada Department of Corrections, located at Warm Springs Correctional Center, Carson City, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Warm Springs Correctional Center or his designee, shall arrange for and produce **DAVID LEROY WALKER, #1195392,** on or about Friday, September 10, 2021, at the hour of 9:30 a.m., for a **videoconference** hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **DAVID LEROY WALKER, #1195392,** is released and discharged by the said Court; and that D**AVID LEROY WALKER, #1195392,** shall thereafter be returned to the custody of the Warden, Warm Springs Correctional Center, Carson City, Nevada, under safe and secure conduct.

**DATED** this <u>2nd</u> day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**